## In the matter of KENTON a lunatic.

<em>Philadelphia, Wednesday, July 14.</em>

IN this case a commission in the nature of a writ *de luna-tico inquirendo* had issued against *George Kenton*, return-able the last *Monday* of this month. The inquest had found the party to be a lunatic; but the inquisition not being yet returnable, *Drinker* laid before the Court *affidavits* proving that the estate was suffering, and that there was no person to take care of it but the wife, who was addicted to intoxication; and on the authority of *Lady Marr's case* (*a*), and *Heli's case* (*b*), he moved the Court to appoint a receiver.

*Before the return of the inquisition taken under a commission of lunacy, the Court may appoint a receiver to the lunatic's estate.*

*The Court* accordingly appointed a receiver until further order, security to be given by the receiver and one good surety in 1000 dollars; and they ordered the bond to be made to the lunatic.